# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLENN A. CORDES AND MELISSA
R. CORDES

VERSUS

CRYSTAL L. TUCKER, GEICO
CASUALTY COMPANY,
MANBEARPIG, LLC D/B/A THE
HOUSE TIGERLAND, KORT
CONSTRUCTION, AND THE STATE
OF LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.   2020 CW 0996

**JANUARY 21, 2021**

---

In Re:     Louisiana Department of Transportation & Development,
           applying for supervisory writs, 19th Judicial District
           Court, Parish of East Baton Rouge, No. 677874.

---

**BEFORE:   GUIDRY, CHUTZ, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT